UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DARIN CONTINI,**<br>         **Plaintiff**<br><br>v.<br><br>**FEDERAL RESERVE BANK**<br>**OF BOSTON**<br>         **Defendants.** | )<br>)<br>)   **Civil Action No. 1:20-cv-11727-LTS**<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF DARIN CONTINI'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANT'S EXPERT, DR. STUART KLEINMAN

NOW COMES the Plaintiff, Darin Contini, and hereby moves to exclude the anticipated testimony of Defendant's expert witness, Dr. Stuart Kleinman. Kleinman's proposed testimony fails to satisfy the requirements of Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) because Kleinman does not provide any foundational support for his expressed opinions. Kleinman's expected testimony is also unfairly prejudicial and would mislead or confuse the jury as he makes an impermissible credibility assessment of Mr. Contini. United States v. Shay, 57 F.3d 126, 131 (1st Cir. 1995). As such, Plaintiff moves to exclude Kleinman's report from the record and prevent Kleinman from providing testimony at trial.

Plaintiff incorporates its memorandum of law as grounds for support of this motion.

Date:   December 5, 2022

          Respectfully Submitted,
Darin Contini,
By his Attorneys,

/s/ Michael L. Mason
David E. Belfort (BBO# 634385)
dbelfort@bennettandbelfort.com
Michael L. Mason (BBO# 662244)
mmason@bennettandbelfort.com
Bennett & Belfort, P.C.
24 Thorndike St. #300
Cambridge, MA 02141
617-577-8800

Bryn Sfetsios (BBO# 688368)
bsfetsios@pontikeslawllc.com
Rebecca G. Pontikes (BBO# 637157)
rpontikes@pontikeslawllc.com
Pontikes Law LLC
10 Tremont St., 2nd Floor
Boston, MA 02108
617-357-1888

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a copy of the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: December 5, 2022

/s/ Michael L. Mason
Michael L. Mason

**LR 7.1 CERTIFICATION**

I hereby certify that counsel to the parties conferred in a good faith effort to narrow the scope of their dispute on November 29, 2022, but were unable to do so.

| | |
|---|---|
| /s/ Michael L. Mason<br>Michael L. Mason | December 5, 2022 |